IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| RENITA JOHNSON, as parent and next of kin of RAE'QUAN WILSON, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-072 |
| | ) | |
| SHERIFF RANDY RIGDON in his Official Capacity as the Sheriff of Wheeler County; WHEELER COUNTY, GEORGIA; and BRANDON ZUCKERMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Plaintiff filed this case on October 11, 2024, and Defendants were served on November 14, 2024. (Doc. nos. 1, 3-5.) Defendants filed their answers on December 13, 2024. (Doc. nos. 8-10.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 2.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within seven days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 29th day of January, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA